UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOUAN JABEZ JACKSON,

                    Plaintiff,

-against-

WARNER MUSIC GROUP CORP., et al.,

                    Defendants.

1:23-CV-10100 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated January 8, 2024, the Court dismissed this *pro se* action, but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 7.) On January 16, 2024, the court received a letter from Plaintiff in which he requests a 90-day extension of time to file an amended complaint in response to that order. (ECF 8.) The Court grants Plaintiff's request in part. The Court grants Plaintiff only a 60-day extension of time to file an amended complaint, as specified by the Court's January 8, 2024 order.

      If Plaintiff fails to file an amended complaint within 60 days of the date of this order, the Court will direct the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's January 8, 2024 order; the judgment will dismiss Plaintiff's federal-law claims for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and will indicate that the Court declines to consider, under its supplemental jurisdiction, Plaintiff's state law claims, *see* 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated:  January 23, 2024
            New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge