UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOUAN JABEZ JACKSON,<br><br>      Plaintiff,<br><br>-against-<br><br>WARNER MUSIC GROUP CORP.; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS; BRANDY NORWOOD; RODNEY JERKINS; CHARLIE PUTH; CAMERON THOMAZ ("WIZ KHALIFA"); DALLAS AUSTIN; DAVID FOSTER; DIANE WARREN; FRED JERKINS III; BRAD GILDERMAN; HARVEY MASON JR.; MARC NELSON; GUY ROCHE; PHIL GALDSTON; GORDON CHAMBERS; CRAIG KALLMAN; ABC TELEVISION NETWORK,<br><br>      Defendants. | 23cv10100 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 11, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge